# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| WILLIAM JOHNSON, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:22-cv-00795-MN |
| | ) |
| vs. | ) |
| | ) |
| NATUS MEDICAL INCORPORATED, JOSHUA H. LEVINE, THOMAS J. SULLIVAN, ILAN DASKAL, ERIC J. GUERIN, LISA WIPPERMAN HEINE, BRYANT M. MOORE, and ALICE D. SCHROEDER, | ) JURY TRIAL DEMANDED |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: September 14, 2022            **LONG LAW, LLC**

                         By:    */s/ Brian D. Long*
                                  Brian D. Long (#4347)3
                                  3828 Kennett Pike, Suite 208
                                  Wilmington, DE 19807
                                  Telephone: (302) 729-9100
                                  Email: BDLong@longlawde.com

                                  *Attorneys for Plaintiff*